Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SLEEPING TIGER, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF TUKWILA,<br><br>               Defendant. | No. 2:12-cv-01621-RSL<br><br>STIPULATION AND ORDER CONSENTING TO WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF SLEEPING TIGER, LLC<br><br>**CLERK'S ACTION REQUIRED** |

## STIPULATION

Pursuant to GR 2 of the Local Rules for the Western District of Washington, Plaintiff Sleeping Tiger, LLC ("Plaintiff") and Defendant, City of Tukwila, by and through their undersigned counsel of record, stipulate as follows:

1. Plaintiff has asked Robert M. Sulkin, Malaika M. Eaton, and McNaul Ebel Nawrot & Helgren PLLC to represent it in place of Rachel L. Hong as counsel of record in the instant matter.

2. Trial is currently set in this matter for October 7, 2013. The parties do not anticipate that this substitution and withdrawal will impact the trial date in this matter.

3. Plaintiff's present attorney of record, Rachel L. Hong, consents to her withdrawal as attorney of record for Plaintiff in the instant case, and further consents to the substitution of Robert M. Sulkin, Malaika M. Eaton, McNaul Ebel Nawrot & Helgren PLLC, as attorneys of record for Plaintiff.

STIP. & ORDER CONSENTING TO WITHDRAWAL & SUBSTITUTION AS COUNSEL FOR PL.
(No. 2:12-cv-01621-RSL) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

4.   Plaintiff consents to the withdrawal of Rachel L. Hong and substitution of Robert M. Sulkin, Malaika M. Eaton, and McNaul Ebel Nawrot & Helgren PLLC as its counsel of record in this matter.

5.   Defendant City of Tukwila consents to the substitution of Robert M. Sulkin, Malaika M. Eaton, and McNaul Ebel Nawrot & Helgren PLLC as attorneys of record for Plaintiff.

6.   The parties certify that copies of this Stipulation has been served on Plaintiff Sleeping Tiger, LLC; Rachel L. Hong; and Adam Rosenberg and Keating Bucklin & McCormack, pursuant to GR 2(g)(4)(A).

DATED this 9th day of May, 2013.

McNAUL EBEL NAWROT & HELGREN PLLC

By:   s/Robert M. Sulkin
     Robert M. Sulkin, WSBA No. 15425
     Malaika M. Eaton, WSBA No. 32837

600 University Street, Suite 2700
Seattle, Washington 98101
(206) 467-1816
rsulkin@mcnaul.com  and  meaton@mcnaul.com

Requesting Substitution as Attorneys for Plaintiff Sleeping Tiger, LLC

*And*

By:   s/Rachel L. Hong *per email authorization*
     Rachel L. Hong, WSBA No. 33675

319 36th Avenue
Seattle, Washington 98122
(206) 819-6250
Rhong2000@yahoo.com

Consenting to Withdrawal as Attorneys for Plaintiff Sleeping Tiger, LLC

STIP. & ORDER CONSENTING TO WITHDRAWAL & SUBSTITUTION AS COUNSEL FOR PL.
(No. 2:12-cv-01621-RSL) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

*And*

KEATING BUCKLIN & McCORMACK, INC., P.S.

By: s/Adam Rosenberg *per email authorization*
 Adam Rosenberg, WSBA No. 39256

800 Fifth Avenue, Suite 4141
Seattle, Washington  98104
(206) 223-8861

Consenting to Withdrawal and Substitution of Attorneys for Plaintiff Sleeping Tiger, LLC

## ORDER

The Court has reviewed the foregoing Stipulation of the parties and finds as follows:

(1) Plaintiff Sleeping Tiger, LLC consents to the withdrawal of Rachel L. Hong as attorney of record for Plaintiff;

(2) Plaintiff Sleeping Tiger, LLC consents to the substitution of Robert M. Sulkin, Malaika M. Eaton, and McNaul Ebel Nawrot & Helgren PLLC, as attorneys for Plaintiff;

(3) Rachel L. Hong has no objection to her withdrawal and to the substitution of Robert M. Sulkin, Malaika M. Eaton, and McNaul Ebel Nawrot & Helgren PLLC as attorneys of record for Plaintiff; and

(4) Defendant City of Tukwila consents to the substitution of Robert M. Sulkin, Malaika M. Eaton, and McNaul Ebel Nawrot & Helgren PLLC as attorneys of record for Plaintiff.  And being otherwise fully advised herein, now, therefore,

HEREBY ORDERS, ADJUDGES, AND DECREES that the Motion for Leave to

STIP. & ORDER CONSENTING TO WITHDRAWAL & SUBSTITUTION AS COUNSEL FOR PL.
(No. 2:12-cv-01621-RSL) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

Permit Withdrawal and Substitution of Counsel for Plaintiff Sleeping Tiger, LLC, is GRANTED. The Court is directed to note the docket accordingly.

    IT IS SO ORDERED.

    DATED this 13th day of May, 2013.

Robert S. Lasnik
United States District Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By:   s/Robert M. Sulkin
      Robert M. Sulkin, WSBA No. 15425
      Malaika M. Eaton, WSBA No. 32837

Requesting Substitution as Attorneys for Plaintiff Sleeping Tiger, LLC

By:   s/Rachel L. Hong *per email authorization*
      Rachel L. Hong, WSBA No. 33675

Requesting Withdrawal as Attorney for Plaintiff Sleeping Tiger, LLC

KEATING BUCKLIN & McCORMACK, INC., P.S.

By:   s/Adam Rosenberg *per email authorization*
      Adam Rosenberg, WSBA No. 39256

Consenting to Withdrawal and Substitution of Attorneys for Plaintiff Sleeping Tiger, LLC

STIP. & ORDER CONSENTING TO WITHDRAWAL & SUBSTITUTION AS COUNSEL FOR PL.
(No. 2:12-cv-01621-RSL) – Page 4

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

I further certify that on May 9, 2013, I served a copy of the foregoing by way of electronic mail on the following:

Rachel L. Hong, WSBA No. 33675
319 36th Avenue
Seattle, Washington 98122
(206) 819-6250
Rhong2000@yahoo.com

                                                  s/Robert M. Sulkin
                                                Robert M. Sulkin, WSBA No. 15425

STIP. & ORDER CONSENTING TO WITHDRAWAL & SUBSTITUTION AS COUNSEL FOR PL.
(No. 2:12-cv-01621-RSL) – Page 5

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

31xx-001 ce015803j7.002 2013-05-13